UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIRLEY WRUBEL, AS TRUSTEE OF
THE SARA HOLLANDER
IRREVOCABLE LIFE INSURANCE
TRUST

        Plaintiff,

v.

JOHN HANCOCK LIFE INSURANCE
COMPANY

        Defendant.

Case No: 12 Misc. 00077

**AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS**

---

STATE OF NEW YORK    )
                                  ) SS.:
COUNTY OF NEW YORK  )

Arden T. Bromley, being duly sworn, deposes and states:

1. I am not a party to this action, and I am over 18 years of age.

2. On 8th day of March, 2012, I served the DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S RULE 7.1 STATEMENT; NOTICE OF MOTION TO COMPEL NON-PARTIES TO COMPLY WITH SUBPOENAS DUCES TECUM; DECLARATION OF SEAN R. FLANAGAN IN SUPPORT OF JOHN HANCOCK'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DEPOSITIONS OF NON-PARTIES; MEMORANDUM OF LAW IN SUPPORT OF JOHN HANCOCK'S MOTION TO COMPEL NON-PARTIES HERMAN JACOBOWITZ, MORDECHAI RUBIN AND B&M RESORT LLC, TO COMPLY WITH SUBPOENAS DUCES TECUM; Individual Rules and Practices of Judge Lewis A. Kaplan; and Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York upon the following at the address designated by them for service of papers:

Mr. Herman Jacobowitz
140 S. 8th St.
Brooklyn, NY 11211

Mr. Mordechai Rubin
12 Joshua Ct.
Monsey, NY 10952

| | |
|---|---|
| David A. Benhaim. Esq.<br>Lipsius-Benhaim Law LLP<br>8002 Kew Gardens Rd.<br>Kew Gardens, NY 11415 | B&M Resort LLC<br>543 Bedford Ave., Suite 195<br>Brooklyn, NY 11211 |

by depositing a true copy thereof, in a secure envelope with Federal Express, for overnight delivery.

                                                      Arden T. Bromley

Sworn to before me this
9th day of March, 2012.

_____
Notary Public

**BEEZLY J. KIERNAN**
**Notary Public, State of New York**
No. 01KI6244485
Qualified in Queens County
Commission Expires July 11, 2015