UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIRLEY WRUBEL, AS TRUSTEE OF THE
SARA HOLLANDER IRREVOCABLE LIFE
INSURANCE TRUST

            Plaintiff,

    v.

JOHN HANCOCK LIFE INSURANCE
COMPANY

            Defendant.

Misc. Case Number: 12 Misc. 00077

**STIPULATION ADJOURNING JOHN HANCOCK'S MOTION FOR SANCTIONS AND
TO COMPEL NON-PARTY MORDECHAI RUBIN TO PRODUCE DOCUMENTS AND
TO APPEAR FOR A DEPOSITION PURSUANT TO A COURT ORDER**

    WHEREAS, Defendant John Hancock Life Insurance Company (U.S.A.), identified in

the Complaint as John Hancock Life Insurance Company ("John Hancock"), filed a Motion for

Sanctions on Mordechai Rubin, Motion to Compel Mordechai Rubin ("Mr. Rubin") to Produce

Documents and Appear at a Deposition [Dkt. Nos. 11-14] on May 4, 2012 (the "Sanction

Motion");

    WHEREAS, the hearing on the Sanction Motion is currently scheduled for May 22, 2012,

at 10 a.m.; and

    WHEREAS, John Hancock and Mr. Rubin have attempted to resolve the issues subject to

the Sanction Motion;

IT IS HEREBY STIPULATED and agreed as follows:

1.   The Sanction Motion is adjourned from May 22, 2012 to May 29, 2012, before the Honorable John G. Koeltl of Part 1 of this Court at 10 a.m., in Courtroom 12B;

2.   On or before May 24, 2012, Mr. Rubin will produce documents, if any, (i) responsive to the Subpoena *Duces Tecum* dated February 13, 2012; (ii) bank records that reflect payments made to either (a) Mr. Wertzberger concerning the Policies at issue or the loan Mr. Rubin received from Mr. Wertzberger concerning the Policies or (b) Mr. Goldberger relating to either the Policies at issue (the "Document Requests"); and

3.   If there are no documents responsive to the Document Requests, Mr. Rubin shall provide John Hancock with a written statement stating that he has conducted a search for the Document Requests and no responsive documents exist.

Dated: New York, New York.
       May 17, 2012

KELLEY DRYE & WARREN LLP

By: _____
    Neil Merkl
    Sean R. Flanagan
    101 Park Avenue
    New York, NY 10178
    (212) 808-7800
    (212) 808-7897

*Attorneys for John Hancock Life*
*Insurance (U.S.A.)*

LIPSIUS BENHAIM LAW, LLP

By: _____
    Ira Lipsius
    David BenHaim
    80-02 Kew Gardens Road
    Kew Gardens, New York 11415
    (212) 981-8440
    (888) 442-0284

*Attorneys for Mordechai Rubin*

SO ORDERED: 5/18/12

_____
U.S.D.J.
Sidney H. Stein
Part I

-2-